1 PHILLIP A. TALBERT
Acting United States Attorney
2 ROSANNE L. RUST
MICHAEL D. ANDERSON
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-185 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE STATUS HEARING RE: SENTENCING** |
| v. | |
| AKRUM ALRAHIB, | |
| Defendant. | |

Plaintiff United States of America and defendant Akrum Alrahib ("Defendant"), through their respective counsel (together, the "Parties"), respectfully request that the Court continue next week's status hearing regarding sentencing, scheduled for December 13, 2021, to December 20, 2021, at 9:00 a.m.  The Parties make this request because they are waiting for additional information from the Southern District of Florida that may be relevant to the defendant's sentencing hearing in this case.  The Parties agree that upon receipt of the information they will promptly review it and then advise the Court as to whether they are prepared to move forward with the defendant's sentencing on December 20, 2021, at 9:00 a.m.   The courtroom deputy shall

   IT IS SO STIPULATED.

///

///

Dated: December 8, 2021  By:  */s/ Rosanne Rust*
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys

Dated: December 8, 2021  By:  */s/ Malcolm Segal*
MALCOLM SEGAL
Counsel for Akrum Alrahib

**ORDER**

**IT IS SO ORDERED:** The Status Conference is continued to December 20, 2021 at 9:00 a.m. (Pacific Time), **(to be held via Zoom video conference)**. The courtroom deputy shall email all parties with the required Zoom login information prior to the hearing date.

Dated: December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE