PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-185 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE STATUS HEARING RE: SENTENCING** |
| v. | |
| AKRUM ALRAHIB, | |
| Defendant. | |

Plaintiff United States of America and defendant Akrum Alrahib ("Defendant"), through their respective counsel (together, the "Parties"), respectfully request that the Court continue next week's status hearing regarding sentencing, scheduled for December 20, 2021, at 9:00 a.m., to January 24, 2022, at 9:00 a.m.  The Parties make this request because they are still waiting on additional information from the Southern District of Florida that may be relevant to the defendant's sentencing hearing in this case.  The Parties agree that upon receipt of the information they will promptly review it and then advise the Court as to whether they are prepared to move forward with the defendant's sentencing on January 24, 2022 at 9:00 a.m.

IT IS SO STIPULATED.

///

///

| | | | |
|---|---|---|---|
| Dated: December 15, 2021 | By: | */s/ Rosanne Rust* | |

ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys

Dated: December 15, 2021   By:   */s/ Malcolm Segal*

MALCOLM SEGAL
Counsel for Akrum Alrahib

**ORDER**

IT IS SO ORDERED.

Dated: December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2