PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-185 WBS |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO RESCHEDULE STATUS HEARING RE: SENTENCING** |
| v. | |
| AKRUM ALRAHIB, | |
| Defendant. | |

    Plaintiff United States of America and defendant Akrum Alrahib ("Defendant"), through their respective counsel (together, the "Parties"), respectfully request that the Court continue the status hearing regarding sentencing, scheduled for January 24, 2022, at 9:00 a.m., to February 14, 2022, at 9:00 a.m.  The Parties have received the additional information they were waiting on from the Southern District of Florida, and are in the process of reviewing it and deciding how that information may be used in this case.  The Parties anticipate coming to an agreement on how that information may be used next week and informing the Court if they are prepared to move forward with the defendant's sentencing on February 14, 2022 at 9:00 a.m. (PT).

    IT IS SO STIPULATED.

///

///

| | | | |
|---|---|---|---|
| Dated: January 14, 2022 | By: | */s/ Rosanne Rust* | |
| | | ROSANNE L. RUST | |
| | | MICHAEL D. ANDERSON | |
| | | Assistant United States Attorneys | |

| | | | |
|---|---|---|---|
| Dated: January 14, 2022 | By: | */s/ Malcolm Segal* | |
| | | MALCOLM SEGAL | |
| | | Counsel for Akrum Alrahib | |

**ORDER**

IT IS SO ORDERED.

Dated: January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2