Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  916-441-0886
Facsimile:   916-475-1231
msegal@segal-pc.com

Attorney for Defendant
AKRUM ALRAHIB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKRUM ALRAHIB,<br><br>Defendant. | Case No.2:21−CR−00185-WBS<br><br>**STIPULATION AND ORDER TO RESCHEDULE SENTENCING**<br><br><br>Date:   February 14, 2022<br>Time:   9:00 a.m.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America and defendant Akrum Alrahib ("Defendant"), through their respective counsel (together, the "Parties"), respectfully request that the Court continue the hearing regarding sentencing, scheduled for February 14, 2022, at 9:00 a.m., to March 7, 2022, at 9:00 a.m. Counsel for Defendant has just been informed that the Defendant was transferred by the Bureau of Prisons from a detention facility in Florida to FCI Miami, which does not have a readily available Zoom capability.  The parties require additional time for the defendant to obtain permission from the Bureau of Prisons to access the Zoom capability at another building at the FCI Miami, or otherwise make him accessible to this Court for imposition of Judgment and

-1-
Stipulation and  Order to Reschedule Sentencing

Sentencing. The parties agree and stipulate that, subject to the approval of this Court, that the sentencing hearing in this matter be continued until March 7, 2022, at 9:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 10, 2022.   **SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal_____
    Malcolm Segal
    Attorney for Defendant
    AKRUM ALRAHIB

Dated: February 10, 2022.

By: /s/ Rosanne Rust_____
    Rosanne L. Rust
    Michael D. Anderson
    Assistant United States Attorneys

**ORDER**

IT IS SO ORDERED.

Dated:  February 11, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE