1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           Case No.: 2:21-CR-185 WBS

12 |        Plaintiff,                   **STIPULATION AND ORDER TO RESCHEDULE STATUS HEARING RE: SENTENCING**
           v.
13
   | AKRUM ALRAHIB,
14
   |        Defendant.
15

16

17     Plaintiff United States of America and defendant Akrum Alrahib ("Defendant"), through their

18 respective counsel (together, the "Parties"), respectfully request that the Court continue the status

19 hearing regarding sentencing, scheduled for March 7, 2022, at 9:00 a.m., to April 25, 2022, at 9:00 a.m.

20 No other deadlines need to currently be reset in the case.

21     IT IS SO STIPULATED.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

| | | | |
|---|---|---|---|
| Dated: March 3, 2022 | By: | */s/ Rosanne Rust* |
| | | ROSANNE L. RUST |
| | | MICHAEL D. ANDERSON |
| | | Assistant United States Attorneys |

| | | | |
|---|---|---|---|
| Dated: March 3, 2022 | By: | */s/ Malcolm Segal* |
| | | MALCOLM SEGAL |
| | | Counsel for Akrum Alrahib |

**ORDER**

IT IS SO ORDERED.

Dated: March 3, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2