**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:21-CR-0185 WBS |
| AKRUM ALRAHIB, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Akrum ALRAHIB

Detained at   FCI Miami

Detainee is:   a.)   ☒ charged in this district by:   ☐ Indictment ☒ Information ☐ Complaint
charging detainee with:   18 U.S.C. § 371 - Conspiracy

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:   /s/ Rosanne L. Rust

Printed Name & Phone No:   AUSA ROSANNE L. RUST, (916) 554-2811

Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  April 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 74529-298 | DOB: | 02/28/1978 |
| Facility Address: | 15801 S.W. 137ᵗʰ Ave, Miami, FL 33177 | Race: | W |
| Facility Phone: | (305) 259-2100 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on:   _____

(signature)